**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEWANDA BURNEY                                                                                   PLAINTIFF

v.                                        No. 3:08CV00077 JLH

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY n/k/a LINCOLN
FINANCIAL GROUP n/k/a/ LINCOLN
NATIONAL LIFE INSURANCE COMPANY                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of Dewanda Burney is dismissed with prejudice.

IT IS SO ORDERED this 21st day of November, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE